Form osc1006 – osclr1006v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                           Case No.:  24−21008−JNP
                           Chapter:  13
                           Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James Dougherty
   138 white horse pike
   B8
   Collingswood, NJ 08107

Social Security No.:
   xxx−xx−9754

Employer's Tax I.D. No.:

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH D.N.J. LBR 1006−1, PAYMENT OF FILING FEES IN INSTALLMENTS

   The debtor filed a petition on November 5, 2024, and has failed to comply with the Court's local rule, D.N.J. LBR 1006−1, Payment of Filing Fees in Installments as noted below:

☐    Debtor has not paid the filing fee in the amount of $313.00 in full at the time of the filing of the petition.

☐    Debtor has not submitted an Application for Individuals to Pay the Filing Fee in Installments.

☑    Debtor has submitted an Application for Individuals to Pay the Filing Fee in Installments, but has not paid with the petition the first installment payment in an amount equal to at least 25% of the filing fee.

   It is hereby

   ORDERED that the following document and/or fee must be submitted to the Clerk or the case will be dismissed.

☐    Filing fee in the amount of $313.00

☐    Application for Individuals to Pay the Filing Fee in Installments

☑    Initial installment payment in the amount of $ 78.00

☐    Balance of initial installment payment due in compliance with D.N.J. LBR 1006−1, in the amount of $

   The debtor or debtor's attorney must appear at a hearing to be held before the Honorable Jerrold N. Poslusny Jr. on

   Date: November 26, 2024
   Time: 10:30 AM
   Location: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to show cause why the case should not be dismissed.

If **all** required documents and/or fees are filed with the Clerk before the hearing date, this Order to Show Cause will be vacated and no appearance is required.

Unless all required documents and/or fees are filed before the hearing date on this Order to Show Cause, you **must** appear at the hearing. FAILURE TO APPEAR AT THE HEARING WILL RESULT IN DISMISSAL OF THE CASE.

IMPORTANT: Any document filed must be the most recent version of the applicable Official or Local Form. Please check www.njb.uscourts.gov to find updated forms.


Dated: November 6, 2024
JAN: lgr

<u>Jerrold N. Poslusny Jr.</u>
United States Bankruptcy Judge