# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### CERTIFIED COPY

I, Jeanne A. Naughton, Clerk of the United States Bankruptcy Court, certify that the attached is a true and full copy of the original now existing among the records of this Court.

In testimony whereof I sign my name, and affix the seal of this Court at _____Camden_____, in this State of New Jersey on __11/6/2024_____.



JEANNE A. NAUGHTON, Clerk

By: /s/ Chris Fowler
       Deputy Clerk

*rev.1/4/17*

ESR, DebtEd, SUPDIS, FeeDueINST

# U.S. Bankruptcy Court
## District of New Jersey (Camden)
### Bankruptcy Petition #: 24-21008-JNP

*Assigned to:* Judge Jerrold N. Poslusny Jr.
Chapter 13
Voluntary
Asset

*Date filed:* 11/05/2024
*341 meeting:* 12/05/2024
*Deadline for filing claims:* 01/14/2025

*Debtor*
**James Dougherty**
138 white horse pike
B8
Collingswood, NJ 08107
CAMDEN-NJ
SSN / ITIN: xxx-xx-9754

represented by **James Dougherty**
PRO SE

*Trustee*
**Andrew B Finberg**
Office of the Chapter 13 Standing Trustee
535 Route 38
Suite 580
Cherry Hill, NJ 08002
856-663-5002

*U.S. Trustee*
**U.S. Trustee**
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
(973) 645-3014

| Filing Date | # | Docket Text |
|---|---|---|
| 11/06/2024 | 10 | Clerk's Notice of Service of Certified Copy of Docket Report pursuant to 11 U.S.C. section 362(l)(4)(B). The debtor has not complied with the certification requirement(s) of 11 U.S.C. section 362(l)(1). The exception to the automatic stay pursuant to 11 U.S.C. section 362(b)(22) applies. (cmf) (Entered: 11/06/2024) |
| 11/06/2024 | 6 | Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors and Notice of Appointment of Trustee Finberg, Andrew B with 341(a) meeting to be held on 12/5/2024 at 11:00 AM via Zoom - Finberg: join.zoom.us Meeting ID 571 854 9346 , Passcode 0895556855 or call 1-856-329-3438. Complaint to determine dischargeability of certain debts deadline: 2/3/2025. Proofs of Claim due by 1/14/2025. (Entered: 11/06/2024) |
| 11/05/2024 | 9 | Order to Show Cause Why Case Should Not be Dismissed for re: Failure to Comply with Local Rule 1006,Failure to File Missing Documents. Missing Documents: Ch. 13 Plan and Motions (LOCAL FORM) . Service of notice of the entry of this order pursuant to Rule |

| | | |
|---|---|---|
| | | 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/5/2024. Hearing scheduled for 11/26/2024 at 10:30 AM at JNP - Courtroom 4C, Camden. (lgr) (Entered: 11/06/2024) |
| 11/05/2024 | 8 | Application and Order to Pay Filing Fees In Installments. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/5/2024.First Installment Payment of $78.00 due IMMEDIATELY. Second Installment Payment of $78.00 due by 12/5/2024. Third Installment Payment of $78.00 due by 1/5/2025. Final Installment Payment of $79.00 due by 2/5/2025. (lgr) (Entered: 11/06/2024) |
| 11/05/2024 | 7 | Photo ID of pro se debtor filed. (def) (Entered: 11/06/2024) |
| 11/05/2024 | 5 | Initial Statement About an Eviction Judgment. Filed by James Dougherty. (mef) (Entered: 11/05/2024) |
| 11/05/2024 | 4 | Certificate of Credit Counseling filed by James Dougherty. (lgr) (Entered: 11/05/2024) |
| 11/05/2024 | 3 | Statement of Social Security filed by James Dougherty . (lgr) (Entered: 11/05/2024) |
| 11/05/2024 | 2 | Declaration Regarding Electronic Filing filed by James Dougherty (related document:1 Vol Petition (Chapter 13)). (lgr) (Entered: 11/05/2024) |
| 11/05/2024 | 1 | Chapter 13 Voluntary Petition Filed by James Dougherty (lgr) (Entered: 11/05/2024) |